CROTTY, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

HENRY SHATKIN, on behalf of himself etc., :

        Plaintiff,

  – against –

THE BANK OF NEW YORK MELLON CORPORATION,

        Defendant.

- - - - - - - - - - - - - - - - - - x

07 Civ. 7928 (PAC)

*Submitted Electronically*

**STIPULATION**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 0 3 2007

October 3, 2007
So ordered
Paul Crotty
JSDJ

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for plaintiff Henry Shatkin and defendant The Bank of New York Mellon Corporation that the time for defendant to move, answer, or otherwise respond to the Complaint in the above-captioned matter is extended to and including November 19, 2007. No defense is waived by the negotiation and entry into this stipulation.

Dated: New York, New York
      October 1, 2007

_____
Christopher Lovell (CL-2595)
Imtiaz A. Siddiqui (IS-4090)
LOVELL STEWART HALEBIAN LLP
500 Fifth Ave.
New York, N.Y. 10110
(212) 608-1900

**MEMO ENDORSED**

Karl P. Barth
Peter H. Rachman
LOVELL MITCHELL & BARTH, LLP
11542 N.E. 21st St.
Bellevue, Wash. 98004
(425) 452-9800

David B. Killalea
Stephen A. Weisbrod
GILBERT RANDOLPH LLP
1100 New York Ave., N.W., Suite 700
Washington, D.C. 20005
(202) 772-2200

Paul M. Weiss
FREED & WEISS, LLP
111 W. Washington St., Suite 1331
Chicago, Ill. 60602
(312) 220-0000

Terrence F. Durkin
THE LAW OFFICES OF TERRENCE
  F. DURKIN
414 Orleans Plaza, Suite 312
Chicago, Ill. 60610
(312) 813-7366

*Attorneys for plaintiff Henry Shatkin*

_____
Hector Gonzalez
Matthew D. Ingber
Michael O. Ward
MAYER BROWN LLP
1675 Broadway
New York, N.Y. 10019
(212) 506-2500

*Attorneys for defendant The Bank of New York Mellon Corporation*