CROTTY, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

HENRY SHATKIN, on behalf of himself    :
etc.,                                                      07 Civ. 7928 (PAC)

                                                    :

                      Plaintiff,                    *Submitted Electronically*

                                                    :

                                                    **STIPULATION**

         – against –                            :

                                                    :

THE BANK OF NEW YORK MELLON
CORPORATION and THE BANK OF    :
NEW YORK,

                                                    :

                      Defendants.

- - - - - - - - - - - - - - - - - - x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _OCT 2 2 2007_
```

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for plaintiff Henry Shatkin and defendants The Bank of New York Mellon Corporation and The Bank of New York that the time for defendants to move, answer, or otherwise respond to the First Amended Class Action Complaint in the above-captioned matter is extended to and including November 19, 2007. No defense is waived by the negotiation and entry into this stipulation.

Dated: New York, New York
    October 17, 2007

_____
Christopher Lovell
Imtiaz A. Siddiqui
LOVELL STEWART HALEBIAN LLP
500 Fifth Ave.
New York, N.Y. 10110
(212) 608-1900

Karl P. Barth
Peter H. Rachman
LOVELL MITCHELL & BARTH, LLP
11542 N.E. 21st St.
Bellevue, Wash. 98004
(425) 452-9800

David B. Killalea
Stephen A. Weisbrod
GILBERT RANDOLPH LLP
1100 New York Ave., N.W., Suite 700
Washington, D.C. 20005
(202) 772-2200

Paul M. Weiss
FREED & WEISS, LLP
111 W. Washington St., Suite 1331
Chicago, Ill. 60602
(312) 220-0000

Terrence F. Durkin
THE LAW OFFICES OF TERRENCE
    F. DURKIN
414 Orleans Plaza, Suite 312
Chicago, Ill. 60610
(312) 813-7366

*Attorneys for plaintiff Henry Shatkin*

Hector Gonzalez
Matthew D. Ingber
Michael O. Ware
MAYER BROWN LLP
1675 Broadway
New York, N.Y. 10019
(212) 506-2500

*Attorneys for defendants The Bank of New
York Mellon Corporation and The Bank of
New York*

SO ORDERED, at New York, New York,

_____, 2007:

Hon. PAUL A. CROTTY
United States District Judge

3