UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
HENRY SHATKIN, on behalf of himself and : all others similar situated,
                                                  Civ. No. 07-CIV-7928 (PAC)

              Plaintiff,

      -against-                     **MOTION TO ADMIT COUNSEL**

THE BANK OF NEW YORK, MELLON     **PRO HAC VICE**
CORPORATION,

              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Stephen A. Weisbrod, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Applicant's Name:    Brian E. Weinthal
    Firm Name:            Gilbert Randolph LLP
    Address:               1100 New York Ave., NW Suite 700
    City/State/Zip:       Washington, DC 20007
    Phone Number:      (202) 772-2200
    Fax Number:        (202) 772-3333

Brian E. Weinthal is a member in good standing of the Bar of the District of Columbia. There are no pending disciplinary proceedings against Mr. Weinthal in any State or Federal Court.

Dated: October 24, 2007
City/State: Washington, DC


       Respectfully submitted,


       */s/ Stephen A. Weisbrod*
       Stephen A. Weisbrod (SW6762)
       Gilbert Randolph LLP
       1100 New York Ave. NW, Suite 700
       Washington, DC 20005
       Phone: (202) 772-2200
       Fax:  (202) 772-3333

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2007, a copy of the foregoing Motion to Admit Counsel Pro Hac Vice for Brian E. Weinthal was filed electronically and served by mail on all parties.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as well.  Parties may access this filing through the Court's CM/ECF system.

          */s/ Stephen A. Weisbrod*
          Stephen A. Weisbrod (SW6762)
          Gilbert Randolph LLP
          1100 New York Ave. NW, Suite 700
          Washington, DC 20005
          Phone: (202) 772-2200
          Fax:  (202) 772-3333