UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
HENRY SHATKIN, on behalf of himself and  :
all others similarly situated,
: Civ. No. 07-CIV-7928 (PAC)
              Plaintiff,  :
:
    -against-  : **AFFIDAVIT OF STEPHEN A. WEISBROD**
: **IN SUPPORT OF MOTION TO ADMIT**
THE BANK OF NEW YORK, MELLON  : **COUNSEL PRO HAC VICE**
CORPORATION,  :
:
             Defendant.  :
---------------------------------x

Stephen A. Weisbrod, being duly sworn, hereby deposes and says as follows:

1. I am a partner at the firm Gilbert Randolph LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Brian E. Weinthal as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on September 19, 2000. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Brian E. Weinthal since 2007.

4. Mr. Weinthal is an associate with Gilbert Randolph LLP in Washington, D.C.

5. I have found Mr. Weinthal to be a skilled attorney and a person of integrity. He is experienced in Federal Practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Brian E. Weinthal, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Brian Weinthal, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Brian Weinthal, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: October 24, 2007
City, State: Washington, DC
Notarized:

Respectfully Submitted

_____
Stephen A. Weisbrod
SDNY Bar Code: SW6762

LORI M. NORTON
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires September 30, 2012

District of Columbia: SS
Subscribed and sworn to before me, in my presence,
this ___ day of October, 2007
_____
Notary Public, D.C.
My commission expires 9-30-12