◈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

Henry Shatkin, on behalf of himself and all others similarly situated

V.

The Bank of New York Mellon Corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 7928**

**JUDGE CROTTY**

TO: (Name and address of Defendant)

    The Bank of New York Mellon Corporation
    Attn: General Counsel
    One Wall Street
    New York, New York, 10286

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Christopher Lovell
    Lovell Stewart Halebian LLP
    500 Fifth Avenue
    New York, NY 10110

an answer to the complaint which is served on you with this summons, within ____20 (twenty)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SEP 1 0 2007

**J. MICHAEL McMAHON**

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                        Date                           *Signature of Server*

                                                    _____
                                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CIV. 7928                                      Date Filed: _____

Plaintiff:
**HEBRY SHATKIN, on behalf of himself and all others similarly situated**
vs.
Defendant:
**THE BANK OF NEW YORK MELLON CORPORATION**

Received by ASK Litigation Support, Inc. to be served on **THE BANK OF NEW YORK MELLON CORPORATION, One Wall Street, New York, NY 10286.**

I, Simon Kahn, being duly sworn, depose and say that on the **13th day of September, 2007** at **11:45 am**, I:

Personally delivered a true copy of the **Summons & Complaint, Civil Cover Sheet, Judge and Magistrate's Rules including ECF** to Anthony Mancuso, Vice President and that said documents were in actuality delivered to the business at the location stated above.

**Description** of Person Served:  Age: 52,  Sex: M,  Race/Skin Color: Caucasian,  Height: 5'11",  Weight: 190,  Hair: Graying,  Glasses: Y

I am over the age of 18, not a party to this action, and reside in the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____9/14/07_____
                        DATE

Simon Kahn
0842361

ASK Litigation Support, Inc.
D/B/A Firm Service
211 East 43rd Street, Suite 1901
New York, NY 10017
(212) 481-9000
Our Job Serial Number: 2007000566

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j