UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
HENRY SHATKIN, on behalf of himself and
all others similarly situated,

       Plaintiff,

    -against-

THE BANK OF NEW YORK, MELLON
CORPORATION,

       Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civ. No. 07-CIV-7928 (PAC)

MOTION TO ADMIT COUNSEL

PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Stephen A. Weisbrod, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

  Applicant's Name: Brian E. Weinthal
  Firm Name: Gilbert Randolph LLP
  Address: 1100 New York Ave., NW Suite 700
  City/State/Zip: Washington, DC 20007
  Phone Number: (202) 772-2200
  Fax Number: (202) 772-3333

Brian E. Weinthal is a member in good standing of the Bar of the District of Columbia.

There are no pending disciplinary proceedings against Mr. Weinthal in any State or Federal Court.

Dated: November 14, 2007
City/State: Washington, DC

Respectfully submitted,

_____
Stephen A. Weisbrod (SW6762)
Gilbert Randolph LLP
1100 New York Ave. NW, Suite 700
Washington, DC 20005
Phone: (202) 772-2200
Fax: (202) 772-3333

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
HENRY SHATKIN, on behalf of himself and
all others similarly situated,

                    Plaintiff,

        -against-

THE BANK OF NEW YORK, MELLON
CORPORATION,

                  Defendant.
------------------------------ x

Civ. No. 07-CIV-7928 (PAC)

**AFFIDAVIT OF STEPHEN A. WEISBROD IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

Stephen A. Weisbrod, being duly sworn, hereby deposes and says as follows:

1. I am a partner at the firm Gilbert Randolph LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Brian E. Weinthal as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on September 19, 2000. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Brian E. Weinthal since 2007.

4. Mr. Weinthal is an associate with Gilbert Randolph LLP in Washington, D.C.

5. I have found Mr. Weinthal to be a skilled attorney and a person of integrity. He is experienced in Federal Practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Brian E. Weinthal, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Brian Weinthal, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit David B. Killalea, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated:  November 14, 2007
City, State:  Washington, DC
Notarized:

Respectfully Submitted

_____
Stephen A. Weisbrod
SDNY Bar Code:  SW6762

District of Columbia: SS
Subscribed and sworn to before me, in my presence,
this 14th day of November, 2007

_____
Notary Public, D.C.
My commission expires  9-30-12

LORI M. NORTON
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires September 30, 2012

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------x

HENRY SHATKIN, on behalf of himself and
all others similarly situated,

      Plaintiff,

   -against-

THE BANK OF NEW YORK, MELLON
CORPORATION,

      Defendant.

------------------------------x

Civ. No. 07-CIV-7928 (PAC)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Stephen A. Weisbrod, attorney for Henry Shatkin and said sponsor's affidavit in support;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Brian E. Weinthal |
| Firm Name: | Gilbert Randolph LLP |
| Address: | 1100 New York Ave., NW Suite 700 |
| City/State/Zip: | Washington, DC 20007 |
| Phone Number: | (202) 772-2200 |
| Fax Number: | (202) 772-3333 |
| Email Address: | weinthalb@gilbertrandolph.com |

is admitted to practice pro hac vice as counsel for Henry Shatkin in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

              _____
              United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2007, a copy of the foregoing Motion to Admit Counsel Pro Hac Vice for Brian E. Weinthal was served by mail on all parties. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as well. Parties may access this filing through the Court's CM/ECF system.

_____
Stephen A. Weisbrod (SW6762)
Gilbert Randolph LLP
1100 New York Ave. NW, Suite 700
Washington, DC 20005
Phone: (202) 772-2200
Fax: (202) 772-3333



## District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

BRIAN EDWARD WEINTHAL

was on the 4TH day of FEBRUARY, 2005 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 8, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk