UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

HENRY SHATKIN, on behalf of himself and all others similarly situated,

              Plaintiff,

    -against-

THE BANK OF NEW YORK, MELLON CORPORATION,

             Defendant.

------------------------------------x

Civ. No. 07-CIV-7928 (PAC)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 2 8 2007

Upon the motion of Stephen A. Weisbrod, attorney for Henry Shatkin and said sponsor's affidavit in support;

IT IS HEREBY ORDERED that

    Applicant's Name:    David B. Killalea
    Firm Name:    Gilbert Randolph LLP
    Address:    1100 New York Ave., NW Suite 700
    City/State/Zip:    Washington, DC 20007
    Phone Number:    (202) 772-2200
    Fax Number:    (202) 772-3333
    Email Address:    killalead@gilbertrandolph.com

is admitted to practice pro hac vice as counsel for Henry Shatkin in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State: New York, NY
November 28, 2007

_____
United States District Judge