UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - x

HENRY SHATKIN, on behalf of himself and
all others similarly situated,

                                 Plaintiff,

              -against-

THE BANK OF NEW YORK, MELLON
CORPORATION,

                           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - x

**USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 2 8 2007**

Civ. No. 07-CIV-7928 (PAC)

**ORDER FOR ADMISSION PRO HAC
VICE ON WRITTEN MOTION**

Upon the motion of Stephen A. Weisbrod, attorney for Henry Shatkin and said sponsor's

affidavit in support;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Brian E. Weinthal |
| Firm Name: | Gilbert Randolph LLP |
| Address: | 1100 New York Ave., NW Suite 700 |
| City/State/Zip: | Washington, DC 20007 |
| Phone Number: | (202) 772-2200 |
| Fax Number: | (202) 772-3333 |
| Email Address: | weinthalb@gilbertrandolph.com |

is admitted to practice pro hac vice as counsel for Henry Shatkin in the above captioned

case in the United States District Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court,

including the Rules governing discipline of attorneys. If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF

password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of

Court.

Dated:
City, State: *New York NY*
*November 28, 2007*

*Paul A. Crotty*

United States District Judge