AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

Henry Shatkin, on behalf of himself and all others similarly situated

V.

The Bank of New York Mellon Corporation and
The Bank of New York

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   07 CV 7928 (PAC)

TO: (Name and address of Defendant)

The Bank of New York
c/o Matthew D. Ingber
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher Lovell
Lovell Stewart Halebian LLP
500 Fifth Avenue
New York, NY 10110

an answer to the complaint which is served on you with this summons, within ___20 (twenty)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**          OCT 0 3 2007
CLERK                            DATE

(By) DEPUTY [signature]

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 12/3/2007 |
| NAME OF SERVER (PRINT) Travis Carter | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
  Registered Agent: The Bank of New York c/o Matthew D. Ingber, Mayer Brown LLP, 1675 Broadway, New York, NY, 10019-5820 (Service accepted by John Marcsala)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    12/3/2007
                    Date            Signature of Server

500 Fifth Ave., 58th Fl., New York, NY, 10110
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.