UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HENRY SHATKIN, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br>   v.<br><br>THE BANK OF NEW YORK MELLON CORPORATION and THE BANK OF NEW YORK,<br><br>      Defendants. | ECF Case<br><br>Civil No. 07 Civ. 7928 (PAC)<br><br>**NOTICE OF MOTION** |

  PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of Defendants' Motion to Dismiss or, In The Alternative, to Stay, and the Declaration of Hector Gonzalez that accompanies this Notice and the exhibits annexed thereto, and all papers and pleadings previously filed herein, Defendants The Bank of New York Mellon Corporation and The Bank of New York, by their undersigned counsel, will move this Court at the United States Courthouse, 500 Pearl Street, New York, New York, before the Honorable Paul A. Crotty, United States District Judge, (i) for an Order pursuant to Rule 12(b)(6) and Rule 21 of the Federal Rules of Civil Procedure granting Defendants' motion to dismiss, (ii) in the alternative, for an Order granting Defendants' motion for a stay, and (iii) for such other and further relief as this Court deems just and proper.

Dated:  February 29, 2008

                   Respectfully submitted,

                   /s/ *Hector Gonzalez*____
                   Hector Gonzalez
                   Matthew D. Ingber
                   Daniel B. Kirschner
                   MAYER BROWN LLP
                   1675 Broadway
                   New York, NY 10019
                   (212) 506-2500
                   *Attorneys for Defendants*

TO:   Christopher Lovell
      Imtiaz A. Siddiqui
      LOVELL STEWART HALEBIAN LLP
      500 Fifth Avenue
      New York, NY 10110
      (212) 608-1900

      Karl P. Barth
      Peter H. Rachman
      LOVELL MITCHELL & BARTH, LLP
      11542 NE 21st Street
      Bellevue, WA 98004
      (425) 452-9800

      David B. Killalea
      Stephen A. Weisbrod
      GILBERT RANDOLPH LLP
      1100 New York Ave., N.W.
      Suite 700
      Washington, DC 20005
      (202) 772-2200

      Paul M. Weiss
      FREED & WEISS, LLP
      111 West Washington
      Suite 1331
      Chicago, IL 60602
      (312) 220-0000

      Terrence F. Durkin
      THE LAW OFFICES OF
        TERRENCE F. DURKIN
      414 Orleans Plaza
      Suite 312
      Chicago, IL 60610
      (312) 813-7366

      *Attorneys for Plaintiff*