UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| HENRY SHATKIN, on behalf of himself and all others similarly situated, | ) ) ) | ECF Case |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 07 Civ. 7928 (PAC) |
| THE BANK OF NEW YORK MELLON CORPORATION and THE BANK OF NEW YORK, | ) ) ) ) ) | DECLARATION OF HECTOR GONZALEZ |
| Defendants. | ) | |

HECTOR GONZALEZ, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1.    I am a member of the firm of Mayer Brown LLP, attorneys for Defendants The Bank of New York Mellon Corporation and The Bank of New York in the above-captioned matter. I submit this Declaration in support of Defendants' Motion to Dismiss or, In The Alternative, to Stay.

2.    A true and correct copy of the First Amended Class Action Complaint in the above-captioned matter, dated October 3, 2007, is attached hereto as Exhibit A.

3.    A true and correct copy of an Order dated August 23, 2007, from the case captioned *In re Sentinel Management Group, Inc.*, No. 07 B 14987 (Bankr. N.D. Ill.), is attached hereto as Exhibit B.

4.    A true and correct copy of an Order dated August 29, 2007, from the case captioned *In re Sentinel Management Group, Inc.*, No. 07 B 14987 (Bankr. N.D. Ill.), is attached hereto as Exhibit C.

5. A true and correct copy of a Notice of Appointment of Committee of Unsecured Creditors dated September 6, 2007, from the case captioned *In re Sentinel Management Group, Inc.*, No. 07 B 14987 (Bankr. N.D. Ill.), is attached hereto as Exhibit D.

6. A true and correct copy of a Complaint dated October 11, 2007, from the case captioned *Grede v. Bloom (In re Sentinel Management Group, Inc.)*, No. 07 B 14987 (Bankr. N.D. Ill.), is attached hereto as Exhibit E.

7. A true and correct copy of a Class Action Complaint dated September 10, 2007, from the case captioned *Shatkin v. Bloom*, No. 07cv5076 (N.D. Ill.), is attached hereto as Exhibit F.

8. A true and correct copy of a Proof of Claim dated October 1, 2007, from the case captioned *In re Sentinel Management Group, Inc.*, No. 07 B 14987 (Bankr. N.D. Ill.), is attached hereto as Exhibit G.

9. A true and correct copy of a Stipulation and Order Concerning Turnover of Property dated October 18, 2007, from the case captioned *In re Sentinel Management Group, Inc.*, No. 07 B 14987(Bankr. N.D. Ill.), is attached hereto as Exhibit H.

10. A true and correct copy of an Amended Stipulation and Order Authorizing Sale of Securities dated December 20, 2007, from the case captioned *In re Sentinel Management Group, Inc.*, No. 07 B 14987 (Bankr. N.D. Ill.), is attached hereto as Exhibit I.

11. A true and correct copy of an Order Extending Deadline to File Plan and Disclosure Statement dated December 13, 2007, from the case captioned *In re Sentinel Management Group, Inc.*, No. 07 B 14987 (Bankr. N.D. Ill.), is attached hereto as Exhibit J.

12. A true and correct copy of a Motion for Entry of an Order Extending the Period Within Which Trustee May Remove Actions with accompanying Notice of Motion dated

October 5, 2007, from the case captioned *In re Sentinel Management Group, Inc.*, No. 07 B 14987 (Bankr. N.D. Ill.), is attached hereto as Exhibit K.

      13.    A true and correct copy of a Second Motion for Entry of an Order Extending the Period Within Which Trustee May Remove Actions with accompanying Notice of Motion and Certificate of Service dated December 27, 2007, from the case captioned *In re Sentinel Management Group, Inc.*, No. 07 B 14987 (Bankr. N.D. Ill.), is attached hereto as Exhibit L.

      14.    A true and correct copy (without exhibits) of a Complaint for Declaratory Judgment dated February 28, 2008, from the case captioned *The Bank of New York v. Grede (In re Sentinel Management Group, Inc.)*, No. 07 B 14897 (Bankr. N.D. Ill.), is attached hereto as Exhibit M.

      Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       February 29, 2008                                    /s/ *Hector Gonzalez*___

                                                                                    Hector Gonzalez