# Exhibit B

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) |
| SENTINEL MANAGEMENT GROUP, INC., | ) Case No. 07-14987 |
| | ) |
| Debtor. | ) |

### ORDER

This cause coming on to be heard on the Debtor's Emergency Motion For Appointment Of A Trustee (the "**Motion**"), due notice having been given, and the Court being duly advised in the premises,

IT IS HEREBY ORDERED THAT:

1. The Motion is hereby granted; and

2. The Office of the United States Trustee is directed to appoint a chapter 11 trustee in this matter.

ENTERED:

AUG 2 3 2007

_____
United States Bankruptcy Judge