# Exhibit C

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 PROCEEDING |
| | ) | |
| SENTINEL MANAGEMENT GROUP, INC. | ) | CASE NO. 07 B 14987 |
| | ) | |
| DEBTOR. | ) | JUDGE JOHN H. SQUIRES |

### ORDER

Upon the United States Trustee's Application for an Order Approving the Appointment of a Trustee, it is ORDERED that the Application is GRANTED and that the appointment of Frederick J. Grede as Trustee is APPROVED.

DATED: August 29, 2007

_____
HONORABLE JOHN H. SQUIRES
UNITED STATES BANKRUPTCY JUDGE