# Exhibit D

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| | ) | |
| | ) | |
| **SENTINEL MANAGEMENT** | ) | Case No. **07-14987** |
| **GROUP, INC.,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s). | ) | Hon. John H. Squires |
| | ) | |

### NOTICE OF FILING

To:  See Attached Service List

PLEASE TAKE NOTICE that on September 6, 2007, the United States Trustee by his attorney, Roman L. Sukley, caused a copy of the **NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS** to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, a copy of which is attached hereto and herewith served upon you.

    /S/    *Roman L. Sukley*
        Roman L. Sukley, Attorney
        OFFICE OF THE UNITED STATES TRUSTEE
        227 West Monroe, Suite 3350
        Chicago, Illinois  60606
        (312) 886-3324

## CERTIFICATE OF SERVICE

I, Roman L. Sukley, an attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed. R. Civ. P. 5(a), service of **NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS** on all parties identified as Registrants on the service list below was accomplished through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via First Class Mail to the address(es) indicated before the hour of 5:00 PM on September 6, 2007.

/S/     Roman L. Sukley

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

Ronald Barliant ronald.barliant@goldbergkohn.com
Ronit C. Barrett rbarrett@eimerstahl.com,
Timothy R Casey timothy.casey@dbr.com
Christine L Childers cchilders@jenner.com, docketing@jenner.com
Robert B. Christie rchristie@henderson-lyman.com
Nathan F Coco ncoco@mwe.com
Angela D Dodd dodda@sec.gov
J Mark Fisher mfisher@schiffhardin.com,
Geoffrey S. Goodman ggoodman@foley.com
Steven R Jakubowski sjakubowski@colemanlawfirm.com
Thomas S Kiriakos tkiriakos@mayerbrown.com
Randall Klein randall.klein@goldbergkohn.com,  amy.halpin@goldbergkohn.com
Vincent E. Lazar vlazar@jenner.com
James J McNamara jmcnamara@srzlaw.com
Jill L Murch jmurch@foley.com   mquintero@foley.com
Mark Page  mpage@kelleydrye.com   BankruptcyDepartment@Kelleydrye.com
Kathryn A Pamenter kathryn.pamenter@goldbergkohn.com
Elizabeth E Richert erichert@colemanlawfirm.com
Bella Rozenberg brozenberg@cftc.gov
Sean T Scott stscott@mayerbrownrowe.com,  fhyman@mayerbrownrowe.com
Robert V. Shannon rshannon@bellboyd.com,  docket@bellboyd.com
Peter A Siddiqui peter.siddiqui@kattenlaw.com
John P Sieger john.sieger@kattenlaw.com
Catherine L Steege csteege@jenner.com,  docketing@jenner.com
Jason M Torf jtorf@schiffhardin.com,  edocket@schiffhardin.com
Andrew L. Wool andrew.wool@kattenlaw.com,  ecfdocket@kattenlaw.com

**Parties Served via Electronic Mail:**

Frederick J. Grede   jjjfgrede@aol.com
Jeffrey D. Barclay   jbarclay@srzlaw.com
David Genelly   dgenelly@vgmlaw.com
Carmen Soldato   csoldato@kottkeassociates.com
Tim Currie   tcurrie@stny.rr.com
John E Moody   john@jemoody.com
Arthur W. Hahn   arthur.hahn@kattenlaw.com
Carl Gilmore   cgilmore@pensonghco.com
William DiSomma   wdisomma@jumptrading.com   Twendling@jumptrading.com
Michael Doherty   miked@visionlp.com   Dstein@visionfinancialmarkets.com
Frederick D. Hyman   fhyman@mayerbrownrowe.com
Carl A. Royal   croyal@schiffhardin.com
Lisa A. Dunsky   idunsky@mayerbrownrowe.com
Thomas s. Kiriakos   tkriakos@mayerbrownrowe.com
John P. Sieger   john.sieger@kattenlaw.com
Robert B. Wasserman   rwasserman@cftc.gov
Christian T. Kemnitz   christian.kemnitz@kattenlaw.com
Brian Trowbridge   btrowbridge@hallmarktrust.tc   pmck@swannlaw.tc
Norman R. Connell   nconnell@cbfx.com
James Gadsden   gadsden@clm.com
David Oulvey   dave@smwtrading.net
Brian Sass   bsass@transactfutures.com
Greg Sabatello   gsabatello@transactfutures.com
Stan Perelman   Srp@janirealestate.com
Richard M. Bendix   rbendix@scgk.com
Steve Jakubowski   sjakubowski@colemanlawfirm.com


**Parties Served via First Class Mail:**

Philippe Jordan
Discus Master Ltd.
CraigMuir Chambers
PO Box 71
Road Town, Tortola
British Virgin Islands

Rotchford L. Barker
40 County Road 2AC
PO Box 2080
Cody, WY 82414

Clarence Delbridge, III
FC Stone, LLC
141 W Jackson, Suite 1220
Chicago, IL 60604

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| **SENTINEL MANAGEMENT GROUP, INC.,** | ) ) ) | Case No. **07-14987** |
| | ) | |
| Debtor(s). | ) | Hon. John H. Squires |

**NOTICE OF APPOINTMENT OF COMMITTEE
OF UNSECURED CREDITORS**

The following persons, selected from unsecured creditors who are willing to serve, are hereby appointed as the creditors' committee in this case:

| **CREDITOR** | **REPRESENTATIVE** |
|---|---|
| Discus Master Ltd.<br>CraigMuir Chambers<br>PO Box 71<br>Road Town, Tortola<br>British Virgin Islands | Philippe Jordan |
| Jump Trading<br>600 W Chicago Av #825<br>Chicago, IL 60610 | William DiSomma |
| Penson GHCO<br>600 W Chicago Av Suite 775<br>Chicago, IL 60610 | Carl Gilmore |
| Rotchford Barker<br>40 County Road 2AC<br>PO Box 2080<br>Cody, WY 82414 | Rotchford Barker |
| JEM Commodity Relative Value Fund LP<br>28 SW 1ST Avenue, Suite 420<br>Portland, OR 97201 | John Moody |

| **CREDITOR** | **REPRESENTATIVE** |
|---|---|
| Vision Financial Markets LLC<br>4 High Ridge Park   Suite 100<br>Stamford, CT  06905 | Michael Doherty<br>125 S Wacker Suite 2000<br>Chicago, IL 60606 |
| BC Capital Fund A, LLC<br>2813 Northwood Circle<br>Corning, NY 14830 | Timothy Currie |
| Kottke Associates LLC<br>141 W Jackson   Suite 1220<br>Chicago, IL 60604 | Carmen Soldato |
| FC Stone LLC<br>141 W Jackson, Suite 2730<br>Chicago, IL 60604 | Clarence C. Delbridge, III |

RESPECTFULLY SUBMITTED,
WILLIAM T. NEARY
UNITED STATES TRUSTEE

DATE: September 6, 2007         BY: /S/ *Roman L. Sukley*
                                                Roman L. Sukley
                                                Attorney for the U.S. Trustee