# Exhibit G

FORM B10 (Official Form 10) (04/07)

| UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>Sentinel Management Group, Inc. | Case Number<br>07-14987<br><br>Judge Initials: JHS | Trustee<br><br>File Claim Form With:<br>United States Bankruptcy Court<br>P.O. Box A3613<br>Chicago, Illinois 60690-3612 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>Henry Shatkin | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | [barcode]<br>07-14987<br>[barcode]<br>11555344 |
|---|---|---|
| Name and Address where notices should be sent:<br><br>Henry Shatkin<br>141 W Jackson BLVD<br>Suite 300<br>Chicago, IL 60604-3123 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | |
| Telephone Number: 312-347-1704 | | THIS SPACE IS FOR COURT USE ONLY |
| Last four digits of account or other number by which creditor identifies debtor:  HSH 001-VSD-001 | Check here if ☐ replaces<br>this claim       ☐ amends    a previously filed claim, dated:_____ | |

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☒ Other  Cash deposited for INVESTMENT
- ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #. _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)        (date)

**2. Date debt was incurred:** Various & ongoing from 10/29/03

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $ 453,830.78  Plus earnings on investments after 8/13/07 (see Rider)
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

Unsecured Priority Claim
☐ Check this box if you have an unsecured priority claim, all or part of which is entitled to priority
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,950),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(5).

Secured Claim
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other_____
Value of Collateral:  $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____
☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).
*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $ 453,830.78*   Same   Same   453,830.78*
                                                 (unsecured)  (secured)  (priority)  (Total)
☒ * Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.  * See note in item 4 above

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.  DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date<br>9-17-07 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): [signature] | THIS SPACE IS FOR COURT USE ONLY<br>F I L E D<br>UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS<br>OCT 0 1 2007<br>KENNETH S. GARDNER, CLERK<br>PS REP. - DDS |
|---|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

024802

**HENRY SHATKIN
RIDER TO ITEM #4
PROOF OF CLAIM
CASE NUMBER 07-14987**

Claimant is informed, and believes, that some, or all, of the securities represented on his statement, are missing, that his claim exceeds the value of the remaining securities represented on his statement, and that he has a direct ownership interest and priority in those securities represented on his statement.

Edens Corporate Center
650 Dundee Road, Suite 460
Northbrook, IL 60062
(847) 412-4400

# SENTINEL
Sentinel Management Group, Inc.

| Account No. HSH001-USD-001 | Account Name: Henry Shatkin | 13-Aug-2007 | Page 1 |

For the attention of:
Attn: Al Goldberg
Henry Shatkin
141 W Jackson BLVD
Suite 300
Chicago, IL 60604

For the account of:
Henry Shatkin
141 W Jackson BLVD
Suite 300
Chicago, IL 60604

## Daily Account Activity

| Transaction No. | Description of Transaction | Principal Amount | Income Amount |
|---|---|---|---|
|  | Beginning Balance |  | 882.67 |
|  | Sale of Securities | 452,715.15 |  |
| 0000637269 | Interest Income |  | 250.88 |
| 0000637270 | Management Fee |  | -17.92 |
| 0000637549 | Reinvestment |  | -1,000.00 |
| 0000637550 | Reinvestment | 1,000.00 |  |
|  | Purchase of Securities @ 6.35 | -453,715.15 |  |
|  | Ending Balance |  | 115.63 |

## Asset List

| CUSIP | Security Description | Units | Cost | Market Value |
|---|---|---|---|---|
| 01450AAJ9 MTGE | ALESC 11A COM | 15,779.08 | 15,367.06 | 15,407.91 |
| 863121208 PFD | STRATS 0 | 631.16 | 15,022.64 | 15,078.41 |
| 87330WAJ6 MTGE | TBRNA 2005-3A D | 3,155.82 | 3,038.26 | 3,112.91 |
| 87331VAL2 MTGE | TBRNA 2007-8A E | 15,779.08 | 16,194.09 | 16,209.61 |
| 87330UAK7 MTGE | TBRNA 2005-2A E1 | 23,005.91 | 20,835.05 | 20,902.77 |
| 73941X676 PFD | PPLUS 4.2828 | 631.16 | 13,264.77 | 13,332.42 |
| 87331AAJ3 MTGE | TBRNA 2006-6A E1 | 15,779.08 | 15,774.73 | 15,788.82 |
| PP3H0ASH9 | .XXIII 0 12/22/36 | 105,388.51 | 100,686.33 | 100,699.78 |
| PP3H0ASK2 | .PXXV 0 06/22/37 | 31,558.17 | 30,646.30 | 30,674.54 |
| 741382AJ4 CORP | PRETSL 1.2 03/22/38 | 15,779.08 | 15,613.18 | 15,629.63 |
| 741382AL9 CORP | PRETSL 0 03/22/38 | 56,489.12 | 49,699.07 | 49,710.43 |
| PP3H0ASI7 CORP | .PXXII 0 09/22/36 | 96,883.58 | 91,218.81 | 91,235.27 |
| 16705EDJ9 MTGE | CHEYF 2006-12MC M12B | 15,779.08 | 15,905.49 | 15,922.02 |
| 74042HAB3 CORP | PRETSL 0 12/22/35 | 1,577.91 | 1,577.97 | 1,592.38 |
| 74042JAE3 CORP | PRETSL 0 03/22/38 | 23,510.84 | 23,722.78 | 23,730.25 |
| 74041UAE9 CORP | PRETSL 0 06/24/34 | 24,343.97 | 25,148.62 | 25,174.60 |
|  |  | 446,071.55 | 453,715.15 | 454,201.75 |

### Account Summary

Net Equity: 453,830.78
Net Interest: 232.96
Net Interest Rate: 6.18

### Terms and Conditions

The parties herein acknowledge their duty to examine the statement and to immediately report any discrepancies herein