# Exhibit J

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 )<br>) Case No. 07 B 14987 |
| SENTINEL MANAGEMENT GROUP, INC., | )<br>) Hon. John H. Squires |
| Debtor. | ) |

### ORDER EXTENDING DEADLINE TO FILE
### PLAN AND DISCLOSURE STATEMENT

Upon the motion (the "Motion")[1] of Frederick J. Grede, the chapter 11 trustee (the "Trustee") for Sentinel Management Group, Inc. (the "Debtor"), seeking entry of an order, pursuant to Bankruptcy Rule 9006(b)(1), extending the deadline for the Debtor to file a plan and disclosure statement, as set by this Court's Order Requiring Filing of a Plan of Reorganization and Disclosure Statements, entered on August 20, 2007; the Court finds that (i) it has jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) due and sufficient notice of the Motion has been given; (iv) the Motion was filed before the expiration of the Filing Deadline; (v) the relief sought in the Motion is in the best interests of the Debtor's estate, its creditors and other parties in interest; and (vi) upon the record herein and after due deliberation and cause appearing therefor,

---

[1] Any capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED in its entirety.

2. The Filing Deadline is extended through and including June 13, 2008.

3. This Court shall retain jurisdiction with respect to all matters, claims, rights or disputes arising from or related to the implementation of this Order.

Dated: December 13, 2007
Chicago, Illinois

ENTER:

_____
UNITED STATES BANKRUPTCY JUDGE