# Exhibit L

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SENTINEL MANAGEMENT GROUP, INC., | ) | Case No. 07 B 14987 |
| | ) | |
| Debtor. | ) | Hon. John H. Squires |

### NOTICE OF MOTION

       PLEASE TAKE NOTICE that on **Monday, January 7, 2008, at 9:30 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the Honorable John H. Squires or any other judge sitting in his stead in Room 680 of the United States Bankruptcy Court for the Northern District of Illinois, located at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **Second Motion For Entry Of An Order Extending The Period Within Which Trustee May Remove Actions**, at which time and place you may appear if you see fit.

Dated: Chicago, Illinois
       December 27, 2007

Respectfully submitted,

**FREDERICK J. GREDE, chapter 11 trustee
for the estate of SENTINEL MANAGEMENT
GROUP, INC.**

By:  _/s/ Vincent E. Lazar_ _____
           One of His Attorneys

Catherine Steege (ARDC No. 6183529)
Vincent E. Lazar (ARDC No. 6204916)
Christine L. Childers (ARDC No. 6277245)
JENNER & BLOCK, LLP
330 North Wabash Avenue
Chicago, Illinois 60611-7603
Telephone: 312-222-9350
Facsimile: 312-527-0484

*Counsel for the Chapter 11 Trustee*

## <u>CERTIFICATE OF SERVICE</u>

I, Vincent E. Lazar, an attorney, certify that I caused a copy of the **Notice of Motion** and **Second Motion for Entry of an Order Extending the Period Within Which Trustee May Remove Action,** to be served upon the attached service list, by first class United States mail, on December 27, 2007.

_/s/ Vincent E. Lazar_
Vincent E. Lazar

1592540.3

**SERVICE LIST**
**In re Sentinel Management Group, Inc.**
**Case No. 07-14987**

Frederick J. Grede
Chapter 11 Trustee
c/o Sentinel Management Group, Inc.
650 Dundee Rd., Suite 460
Northbrook, IL 60062
Telephone: (847) 412-4400
Facsimile: (847) 412-4409

Ronald Barliant
Kathryn A. Pamenter
Randall Klein
William C. Meyers
Goldberg Kohn
55 E. Monroe St.
Suite 3300
Chicago, IL 60603-5792
Telephone: (312) 201-4000
Facsimile: (312) 332-2196
(Attorneys for Sentinel Management Group, Inc.)

William T. Neary
Roman Sukley
Gretchen Silver
United States Trustee
227 W. Monroe St.
Suite 3350
Chicago, IL 60606
Telephone: (312) 886-5785
Facsimile: (312) 886-5794

Angela D. Dodd
U.S. Securities and Exchange Commission
175 W. Jackson Blvd., Suite 900
Chicago, IL 60604
Telephone: (312) 353-7400
Facsimile: (312) 353-7398

Thomas W. Sexton
General Counsel
National Futures Association
200 W. Madison St.
Suite 1600
Chicago, IL 60606-3347
Telephone: (312) 781-1413
Facsimile: (312) 781-1467

Mark A. Berkoff
Marc I. Fenton
DLA Piper US LLP
203 N. LaSalle Street, Suite 1900
Chicago, IL 60601-1293
Telephone: (312) 368-4000
Facsimile: (312) 332-2196
(Attorneys for Official Unsecured Creditors'
Committee)

Geoffrey S. Goodman
Scott E. Early
Foley & Lardner LLP
321 N. Clark St.
Suite 2800
Chicago, IL 60610
Telephone: (312) 832-4500
Facsimile: (312) 832-4700
(Attorneys for Alaron FX, Inc., Alaron Holdings Corp.,
Alaron Trading Corp., Frontier Futures, Inc.)

Sean T. Scott
Thomas S. Kiriakos
Lisa A. Dunsky
Mayer Brown LLP
71 S. Wacker Dr.
Chicago, IL 60606
Telephone: (312) 701-8310
Facsimile: (312) 706-8482
(Attorney for the Bank of New York)

1573150.6

George G. Wilder
Bella Rozenberg
Bradford M. Berry
Commodity Futures Trading Commission
1152 21st St., N.W.
Washington, DC 20581
Telephone: (202) 418-5142
Facsimile: (202) 418-5524

John P. Sieger
Andrew L. Wool
Peter A. Siddiqui
Christian T. Kemnitz
Arthur W. Hahn
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661-3693
Telephone: (312) 902-5200
Facsimile: (312) 902-1061
(Attorneys for Discus Master Limited)

Robert J. Trizna
Jeffrey David Barclay
James J. McNamara
David M. Giangrossi
Schuyler Roche & Zwirner, P.C.
130 E. Randolph St.
Suite 3800
Chicago, IL 60601
Telephone: (312) 565-2400
Facsimile: (312) 565-8300
(Attorneys for BC Capital Fund A, LLC, BC Capital
Fund B, LLC, Blueprint Partners LP, Dighton UTG
Fund SPC, Farr Financial, Inc., Leviathan Diversified
Fund 3XL)

Jill L. Murch
Stephen P. Bedell
Thomas P. Krebs
Foley & Lardner LLP
321 N. Clark St.
Suite 2800
Chicago, IL 60610
Telephone: (312) 832-4500
Facsimile: (312) 832-4700
(Attorneys for FC Stone LLC, Rand Financial Services,
Inc.)

Thomas S. Kiriakos
Lisa A. Dunsky
Mayer Brown LLP
71 S. Wacker Dr.
Chicago, IL 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
(Attorneys for Cadnet Financial Services LLC, Fortis
Clearing Americas LLC)

David A. Genelly
James C. Conley
Vanasco Genelly & Miller
33 N. LaSalle St.
Suite 2200
Chicago, IL 60602
Telephone: (312) 786-5100
Facsimile: (312) 786-5111
(Attorneys for Kotke Associates, LLC)

1573150.6

Nathan F. Coco
Paul E. Chronis
Ryan T. Schultz
McDermott Will & Emery LLP
227 W. Monroe
Chicago, IL 60606
Telephone: (312) 372-2000
Facsimile: (312) 984-7700
(Attorneys for Country Hedging, Inc.)

Robert B. Christie
Henderson & Lyman
175 W. Jackson
Suite 240
Chicago, IL 60604
Telephone: (312) 986-6957
Facsimile: (312) 986-6961
(Attorney for Crossland Customer Segregated a/k/a
Crossland LLC)

Timothy Casey
Drinker Biddle Gardner Carton
191 N. Wacker Dr.
Suite 3700
Chicago, IL 60606-1698
Telephone: (312) 569-1000
Facsimile: (312) 569-3000
(Attorney for Penson GHCO)

Robert V. Shannon
Bell Boyd & Lloyd LLP
70 W. Madison St.
Chicago, IL 60602
Telephone: (312) 807-4297
Facsimile: (312) 827-2494
(Attorney for Vision Financial Market LLC)

Robert M. Fishman
Ira Bodenstein
Janice A. Alwin
Shaw Gussis Fishman Glantz Wolfson &
Towbin LLC
321 N. Clark Street, Suite 800
Chicago, IL 60610
Telephone: (312) 541-0151
Facsimile: (312) 980-3888
(Attorneys for Robb Evans & Associates LLC, as
temporary receiver of Lake Shore Asset Management,
Ltd., et al.)

Mark W. Page
333 W. Wacker Dr.
No. 2600
Chicago, IL 60606
Telephone: (312) 857-7073
Facsimile: (312) 857-7095
(Attorney for Sentinel Bank & Trust, Ltd., Sentinel U.S.
Liquidity Fund, Ltd.)

Jason M. Torf
J. Mark Fisher
Schiff Hardin
6600 Sears Tower
Chicago, IL 60606-6473
Telephone: (312) 258-5500
Facsimile: (312) 258-5600
(Attorneys for Velocity Futures)

Richard M. Bendix
Morgan S. Smith
Schwartz Cooper Chartered
180 N. LaSalle Street
Suite 2700
Chicago, IL 60601
Telephone: (312) 346-1300
Facsimile: (312) 782-8416
(Attorneys for Stone Capital Group, Inc., Cedar Stone,
LLC, Ravinia Investors LLC,Ravinia Ivestors LLC
Profit Sharing Plan)

1573150.6

Beckett & Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701
Telephone: (610) 644-7800
Facsimile: (610) 993-8493
(Attorney for American Express Bank FSB)

Jerry Hirsch
1676 Linden Ave.
Highland Park, IL 60035
Telephone: (847) 432-7771
Facsimile: (847) 433-7766
(President, Stone Capital Group, Inc.)

Ira P. Goldberg
Abraham Brustein
Di Monte & Lizak LLC
216 West Higgins Road
Park Ridge, IL 60068
Telephone: (847) 698-9600
Facsimile: (847) 698-9623
(Attorney for Charles Mosley)

Gennice D. Brickhouse
Pension Benefit Guaranty Corporation
1200 K Street, NW, Suite 340
Washington, DC 20005-4026
Telephone: (202) 326-4020, ext. 3446
Facsimile: (202) 326-4112
(Attorney for PBGC)

Lawrence B. Finer
Stanley Z. Finer
2100 N. Racine Avenue #2G
Chicago, IL 60614
Telephone: (773) 935-5051

Tom Stone
Stone Capital Group, Inc.
326 Cedar Ave.
Highland Park, IL 60035-4140
Telephone: (847) 927-6700
Facsimile: (847) 433-3251

Michael M. Eidelman
Stephanie K. Hor
Vedder Price Kaufman & Kammholz, P.C.
222 N. LaSalle Street
Chicago, IL 60601
Telephone: (312) 609-7500
Facsimile: (312) 609-5005
(Attorney for Ernst & Young, as Receiver for Lake Shore Alternative Financial Asset Corporation Limited and Lake Shore Alternative Financial Asset Corporation 2006 Limited)

Susheel Kirpalani
Joseph G. Minias
James C. Tecce
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
(Attorneys for Official Unsecured Creditors' Committee)

4

Jennifer B. Herzog
Timothy F. Nixon
Godfrey & Kahn, S.C.
780 North Water Street
Milwaukee, WI 53202-3590
Telephone:  (414) 287-9501
Facsimile:  (414) 273-5198
(Attorneys for Fall River capital LLC)


Brian S. Hermann
Stephen J. Shimshak
Moses Silverman
Margaret A. Phillips
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
(Attorneys for Discus Master Limited)


N Neville Reid
Sajida Mahdi Ali
Michael W. Ott
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 6060
Telephone:  (312) 782-0600
Facsimile:  (312) 701-7711
(Attorneys for Cantor Fitgerald & Co.)


Robert Pietrzak
Lynn A. Dummett
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Telephone:  (212) 839-5300
Facsimile:  (212) 839-5599
(Attorneys for Lehman Brothers Inc.)


Paul S. Caruso
Brian J. Lohan
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036
(Attorneys for Lehman Brothers Inc.)


R. Scott Alsterda
Ungaretti & Harris LLP
3500 Three First National Plaza
70 West Madison
Chicago, IL 60602
Telephone:  (312) 977-9203
Facsimile:  (312) 977-4405
(Attorneys for AlphaMosaic US LLC)

1573150.6

Christopher Lovell
Imtiaz A. Siddiqui
Lovell Stewart Halebian LLP
500 Fifth Avenue
New York, NY 10110
Tel: (212) 608-1900
Fax: (212) 719-4677

Paul M. Weiss
William Michelangelo Sweetnam
Freed & Weiss LLP
111 West Washington, Suite 1331
Chicago, IL 60602
Tel: (312) 220-0000
Fax: (312) 220-7777

Stephen Adam Weisbrod
David B. Killalea
Brian E. Weinthal
Gilbert Randolph, LLP
1100 New York Avenue, N.W.
Washington, DC 20005
Tel: (202) 772-2200
Fax: (202) 772-3333

Jeffrey David Barclay
TSchuyler, Roche & Zwirner, P.C.
130 E. Randolph Street
Suite 3800
Chicago, IL 60601
Tel: (312) 565-8425
Fax: (312) 565-8300

Lawrence Harris Heftman
Matthew Charles Crowl
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606
Tel: (312) 258-5500

Karl Phillip Barth
Peter H. Rachman
Lovell Mitchell & Barth, LLP
11542 NE 21st Street
Bellevue, WA 98004
Tel: (425) 452-9800
Fax: (425) 452-9801

Hector Gonzalez
Matthew D. Ingber
Michael O. Ware
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
Tel: (212) 506-2500
Fax: (212) 262-1910

Terrence F. Durkin
The Law Office of Terrence F. Durkin
414 Orleans Plaza
Suite 312
Chicago, IL 60610
Tel: (312) 813-7366
Fax: (312) 670-9085

Andrea Robin Wood
James Aaron Davidson
John E Birkenheier
U.S. Securities and Exchange Commission
175 West Jackson Boulevard
900
Chicago, IL 60604
Tel: (312) 886-0918

Abraham Brustein
Paul A. Greco
Di Monte & Lizak LLC
216 West Higgins Road
Park Ridge, IL 60068
Tel:  (847) 698-9600
Fax:  (847) 698-9623

Lori G. Feldman
Neil R. Fraser
William Beecher Scoville, Jr.
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY 10119
Tel: (212) 594-5300
Fax: (212) 868-1229

Blake T. Hannafan
Hannafan & Hannafan, Ltd.
One East Wacker Drive, Suite 1208
Chicago, IL 60601
Tel: (312) 527-0055
Fax: (312) 527-0220

Corey B. Rubenstein
Mark L. Rotert
Stetler & Duffy, Ltd.
11 S. LaSalle, Suite 1200
Chicago, IL 60603
Tel:    (312) 338-0200
Fax:    (312) 338-0070

Gary A. Gotto
Keller Rohrback LLP
3101 N. Central Avenue, Suite 900
Phoenix, AZ 85012
Tel: (602) 248-0088
Fax: (602) 248-2822

Robert J. Trizna
James Joseph McNamara
Schuyler, Roche & Zwirner
One Prudential Plaza, Suite 3800
130 East Randolph Street
Chicago, IL 60601
Tel: (312) 565-2400
Fax: (312) 565-8300

Matthew Gluck
Fried Frank Harris Shriver & Jacobson
One New York Plaza
New York, NY 10011
Tel: (212) 859-8015
Fax: (212) 859-4000

David A. Kotler
Dechert LLP
Princeton Pike Corporate Center
PO Box 5218
Princeton, NJ 08543-5218
Tel: (609) 620-3226
Fax: (609) 620-3259

Derek W. Loeser
Lynn Lincoln Sarko
Keller Rohrback LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel:    (206) 623-1900
Fax:    (206) 623-3384

Marvin Alan Miller
Lori Ann Fanning
Matthew E. Van Tine
Miller Law LLC
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
Tel: (312) 332-3400
Fax: (312) 676-2676

Terry F. Moritz
William Charles Meyers
Jon Eric Klinghoffer
Stephen Henley Locher
Goldberg, Kohn, Bell, Black, Rosenbloom & Moritz, Ltd.
55 East Monroe Street #3300
Chicago, IL 60603
Tel: (312)201-4000

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SENTINEL MANAGEMENT GROUP, INC., | ) | Case No. 07 B 14987 |
| | ) | |
| Debtor. | ) | Hon. John H. Squires |

**SECOND MOTION FOR ENTRY OF AN ORDER EXTENDING
THE PERIOD WITHIN WHICH TRUSTEE MAY REMOVE ACTIONS**

Frederick J. Grede, the chapter 11 trustee (the "Trustee") for the estate of Sentinel Management Group, Inc. (the "Debtor"), by and through his undersigned counsel, hereby moves (this "Motion") this Court for entry of an order pursuant to 28 U.S.C. § 1452 and Rules 9006 and 9027 of the Federal Rules of Bankruptcy Procedure extending the period of time within which actions may be removed.   In support of this Motion, the Trustee respectfully represents as follows:

**<u>Jurisdiction</u>**

1.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding pursuant to 28 U.S.C. § 157.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory bases for the relief sought herein are section 1452 of title 28 of the United States Code ("Section 1452") and Rules 9027 and 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

**Background**

3.      On August 17, 2007 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

4.      On August 28, 2007, the Trustee was appointed as the chapter 11 trustee of the Debtor by the United States Trustee.  He has accepted his appointment, and is acting, duly qualified, as Trustee of the Debtor.

5.      On September 6, 2007, the United States Trustee appointed the Official Committee of Unsecured Creditors of the Debtor (the "Committee").

6.      As of the Petition Date, the Debtor was a party to several judicial proceedings in which various claims against the Debtor were asserted in different courts (collectively, the "Pre-Petition Actions").

7.      After the Petition Date, certain parties filed lawsuits against third parties which arise under title 11, or arise in or relate to the Debtor's case, and may affect property in the estate or distributions to creditors, including (i) *Shatkin v. Bloom, et al.*, Case No. 07-cv-05076 (U.S.D.C. N.D. Ill.), filed on September 10, 2007, (ii) *Shatkin v. The Bank of New York Mellon Corporation, et al.*, Case No. 07-7928 (U.S.D.C. S.D.N.Y.), filed on September 10, 2007, (iii) *McKinlay v. Bloom, et al.*, Case No. 07-05759 (U.S.D.C. N.D. Ill.), filed on October 11, 2007, and (iv) *McKinlay v. The Bank of New York*, Case No. 07-8765 (U.S.D.C. S.D.N.Y.), filed

on October 10, 2007 (collectively, the "Post-Petition Actions" and together with the Pre-Petition Actions, the "Actions").[1]

8.      Pursuant to Bankruptcy Rule 9027(a)(2)(A), the Trustee had until November 15, 2007, to file notices of removal of the Pre-Petition Actions.

9.      Pursuant to Bankruptcy Rule 9027(a)(3)(A), the Trustee had thirty (30) days from the date of the Trustee's receipt of the initial pleading to file notices of removal of the Post-Petition Actions.

10.      On October 9, 2007, this Court entered an order extending the deadline for removal of the Actions, to the extent a deadline was applicable, through and including December 31, 2007.

### Relief Requested

11.      By this Motion, the Trustee requests entry of an order, pursuant to Bankruptcy Rule 9006(b), extending, through and including March 31, 2008 (to the extent a deadline is applicable), the time within which he may file notices of removal with respect to the Actions.

12.      The Trustee requests that the March 31, 2008 deadline to file removal of actions apply to all matters specified in Bankruptcy Rule 9027.

13.      This Motion is without prejudice to the Trustee's right to seek any further extensions of the removal deadline.

---

[1] The *Shatkin v. Bloom, et al.* and *McKinlay v. Bloom, et al.*, lawsuits each were filed in this District, so therefore removal may not be necessary in order to refer the matters to this Court.

## **Basis for Relief Requested**

A.    Applicable Authority

14.    Bankruptcy Rule 9027 and Section 1452 govern the removal of pending

civil actions.  Specifically, Section 1452(a) provides:

> A party may remove any claim or cause of action in a civil action
> other than that proceeding before the U.S. Tax Court or a civil
> action by a governmental unit to enforce such governmental unit's
> police or regulatory power, to the district court for the district
> where such civil action is pending, if such district court has
> jurisdiction of such claim or cause of action under section 1334 of
> this title.

28 U.S.C. § 1452(a).

15.    Bankruptcy Rule 9027(a)(2) further provides, in relevant part:

> If the claim or cause of action in a civil action is pending when a
> case under the [Bankruptcy] Code is commenced, a notice of
> removal may be filed only within the longest of (A) 90 days after
> the order for relief in the case under the [Bankruptcy] Code, (B) 30
> days after entry of an order terminating a stay, if the claim or cause
> of action in a civil action has been stayed under § 362 of the
> [Bankruptcy] Code, or (C) 30 days after a trustee qualifies in a
> chapter 11 reorganization case but not later than 180 days after the
> order for relief.

Fed. R. Bankr. P. 9027(a)(2).

16.    Bankruptcy Rule 9027(a)(3) further provides, in relevant part:

> If a claim or cause of action is asserted in another court after the
> commencement of a case under the [Bankruptcy] Code, a notice of
> removal may be filed with the clerk only within the shorter of (A)
> 30 days after receipt, through service or otherwise, of a copy of the
> initial pleading setting forth the claim or cause of action sought to
> be removed, or (B) 30 days after receipt of the summons if the
> initial pleading has been filed with the court but not served with
> the summons.

Fed. R. Bankr. P. 9027(a)(3).

17.   Bankruptcy Rule 9006(b) provides that the court may extend time periods, such as the Trustee's removal period, without notice:

> [W]hen an act is required or allowed to be done at or within a specified period by these rules or by a notice given thereunder or by order of court, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if the request therefor is made before the expiration of the period originally prescribed or as extended by a previous order.

Fed. R. Bankr. P. 9006(b)(1).

18.   It is well settled that this Court is authorized to expand the removal period as requested herein. See Wesco Prods. Co. v. Ramirez (In re Wesco Prods. Co.), 19 B.R. 908, 910 (Bankr. N.D. Ill. 1982) (indicating that the thirty-day time limit for removal "is subject to enlargement in the court's discretion"); In re World Fin. Servs. Ctr., Inc., 81 B.R. 33, 39 (Bankr. S.D. Ca. 1987) (stating that "the Supreme Court intended to give bankruptcy judges the powers to enlarge the filing period of Bankr. R. 9027(a)(2) beyond the thirty day period, pursuant to Bankr. R. 9006(b)(1)"); Jandous Elec. Constr. Corp. v. City of New York (In re Jandous Elec. Constr. Corp.), 106 B.R. 48, 50 (Bankr. S.D.N.Y. 1989) (implying that timely filing a motion for enlargement of time period for removal is often granted); Stamm v. Rapco Foam, Inc., 21 B.R. 715, 718 (Bankr. W.D. Pa. 1982) (determining that a court may enlarge the time limit for the filing of an application for removal under appropriate circumstances).

B.    The Trustee Requires Additional Time in Order to Determine Which of the Actions, If Any, He Will Seek to Remove

19.   The Trustee believes that it is appropriate to seek an extension to protect his right to remove the Actions.  The extension sought will afford the Trustee an additional

opportunity to make fully-informed decisions concerning removal of each of the Actions and will assure that the Trustee does not forfeit valuable rights under Section 1452.

20.    Further, the rights of the parties to the Actions will not be prejudiced by such an extension. Each of the Pre-Petition Actions likely is stayed by operation of Section 362(a) of the Bankruptcy Code, and the Post-Petition Actions are in the early stages of litigation. Additionally, any party to an Action that eventually is removed (if any) may seek to have it remanded to the original court pursuant to 28 U.S.C. §1452(b).

21.    Since his appointment, the Trustee has concentrated on resolving a variety of pressing business and other issues, including taking control of the Debtor's business, cooperating with federal investigations, conducting an extensive analysis of the Debtor's portfolio of securities, and commencing an adversary against the Debtor's insiders to avoid millions of dollars in fraudulent transfers and seeking hundreds of million dollars in damages. The Trustee does not yet have adequate information regarding the Actions to determine whether they should be removed. Thus, an extension is in the best interest of the Debtor's estate and its creditors as it will provide the Trustee an opportunity to make fully-informed decisions concerning the removal of any Actions. Accordingly, the Trustee believes that it is prudent to seek an extension to protect his ability to remove any Actions.

### Notice

22.    Notice of this Motion has been given to the Debtor, the United States Trustee, the Securities and Exchange Commission, the Commodity Futures Trading Commission, the Committee, all entities that have requested notice in this chapter 11 proceeding,

and each of the non-debtor parties to the Actions. The Trustee submits that no other or further

notice need be given.

WHEREFORE, the Trustee respectfully requests that the Court enter an order

substantially in the form filed concurrently herewith granting this Motion, and granting such

other and further relief as this Court deems just and proper.

Dated: Chicago, Illinois
      December 27, 2007

Respectfully submitted,

**FREDERICK J. GREDE, chapter 11 trustee
for the estate of SENTINEL MANAGEMENT
GROUP, INC.**

By: _/s/ Vincent E. Lazar_
                One of His Attorneys

Catherine Steege (ARDC No. 6183529)
Vincent E. Lazar (ARDC No. 6204916)
Christine L. Childers (ARDC No. 6277245)
JENNER & BLOCK, LLP
330 North Wabash Avenue
Chicago, Illinois 60611-7603
Telephone: 312-222-9350
Facsimile: 312-527-0484

*Counsel for the Chapter 11 Trustee*